# RECONSIDERATION DOCKET

**87-1159.** State v. Van Hook. *Hamilton County*, No. C–850565. Reported at 70 Ohio St.3d 1216, 639 N.E.2d 1199. On motion for reconsideration. Motion denied.

**93-705.** State ex rel. Eberhardt v. Flxible Corp. *Franklin County*, No. 92AP–492. Reported at 70 Ohio St.3d 649, 640 N.E.2d 815. On motion for reconsideration. Motion denied.
MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93-2066.** Cyrus v. Henes. *Lorain County*, No. 92CA005527. Reported at 70 Ohio St.3d 640, 640 N.E.2d 810. On motion for reconsideration. Motion denied.
WRIGHT, J., dissents.

**94-717.** FCC Natl. Bank v. Woods. *Montgomery County*, No. 14452. Reported at 71 Ohio St.3d 1406, 641 N.E.2d 204. On motion for reconsideration. Motion denied.

**94-1090.** State v. Cockrell. *Knox County*, No. 91–CA–30. Reported at 70 Ohio St.3d 643, 640 N.E.2d 812. On motion for reconsideration. Motion denied.

**94-1439.** Park Centre Party Ctr. v. Zell. *Cuyahoga County*, No. 65221. Reported at 71 Ohio St.3d 1406, 641 N.E.2d 204. On motion for reconsideration. Motion denied.
MOYER, C.J., and DOUGLAS, J., dissent.

**94-1603.** Frappier v. Excello Specialty Co. *Cuyahoga County*, No. 65605. Reported at 71 Ohio St.3d 1406, 641 N.E.2d 204. On motion for reconsideration. Motion denied.
PFEIFER, J., dissents.

**94-1677.** State ex rel. Bayes v. Bayes. *Hardin County*, No. 6–94–4. Reported at 71 Ohio St.3d 1404, 641 N.E.2d 202. On motion for reconsideration. Motion denied.

**94-1691.** State v. Smith. *Hamilton County*, No. C–930404. Reported at 71 Ohio St.3d 1405, 641 N.E.2d 203. On motion for reconsideration. Motion denied.
WRIGHT, J., dissents.

**94-1742.** State v. Wickline. *Franklin County*, No. 93APA10–1411. Reported at 71 Ohio St.3d 1405, 641 N.E.2d 202. On motion for reconsideration. Motion denied.
WRIGHT and PFEIFER, JJ., dissent.